1  BARBARA A. LAWLESS - Bar # 53195
   THERESE M. LAWLESS - Bar # 127341
2  LAWLESS & LAWLESS
   354 Pine Street, Fourth Floor
3  San Francisco, CA 94104
   Telephone:  (415) 391-7555
4  Facsimile:  (415) 391-4228
   blawless@lawlesssf.com
5  tlawless@lawlesssf.com

6  Attorneys for Plaintiff
   APLONDA BRIDGEFORTH
7

8  PAUL W. CANE, JR. (SB# 100458)
   PAUL HASTINGS LLP
9  55 Second Street, Twenty-Fourth Floor
   San Francisco, CA 94105
10 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
11 paulcane@paulhastings.com

12 NEDA N. DAL CIELO (SB# 161982)
   LITTLER MENDELSON P.C.
13 50 West San Fernando Street, 15th Floor
   San Jose, CA 95113
14 Telephone: (408) 795-3452
15 Facsimile: (408) 288-5686
   ndalcielo@littler.com
16

17 Attorneys for Defendant
   AT&T Mobility Services LLC
18

19             UNITED STATES DISTRICT COURT

20            EASTERN DISTRICT OF CALIFORNIA

21 APLONDA BRIDGEFORTH,                ) No. 2:16-cv-01681-JAM-KJN
                                       )
22              Plaintiff,             ) STIPULATION AND [PROPOSED] ORDER
                                       ) TO CONTINUE DEFENDANT'S MOTION
23       vs.                           ) TO COMPEL ARBITRATION AND STAY
                                       ) PROCEEDINGS TO DECEMBER 13, 2016
24 AT&T MOBILITY SERVICES LLC and      )
   DOES ONE through FIFTY, inclusive,  ) DATE:   November 1, 2016
25                                     ) TIME:   1:30 p.m.
              Defendants.              ) DEPT:   Courtroom 6, 14th Floor
26                                     ) JUDGE:  Hon. John A. Mendez
                                       )
27 _____) Complaint Filed: July 20, 2016
                                       )
28

                                 -1-

Plaintiff APLONDA BRIDGEFORTH and Defendant AT&T MOBILITY SERVICES LLC, by and through their respective counsel, hereby stipulate to continue Defendant's Motion to Compel Arbitration and Stay Proceedings from November 1, 2016 to 1:30 p.m. on December 13, 2016. The parties have also stipulated that the briefing schedule will be as though the motion were originally scheduled for December 13, 2016.

Dated: October 17, 2016                              LAWLESS & LAWLESS

                                          By:      _/s/ Barbara A. Lawless_
                                                   Barbara A. Lawless
                                                   Therese M. Lawless
                                                   Attorneys for Plaintiff

Dated: October 17, 2016                              PAUL HASTINGS LLP

                                          By:      _/s/ Paul W. Cane Jr._
                                                   Paul W. Cane Jr.
                                                   Attorneys for Defendant
                                                   AT&T Mobility Services LLC

## [PROPOSED] ORDER

Defendant's Motion to Compel Arbitration and Stay Proceedings is continued from November 1, 2016 to 1:30 p.m. on December 13, 2016.

IT IS SO ORDERED.


Dated: ___**11 - 29**___, 2016

                                          Honorable John A. Mendez
                                          United States District Judge

-2-