1  BARBARA A. LAWLESS, Bar No. 053195
   THERESE M. LAWLESS, Bar No. 127341
2  LAWLESS & LAWLESS
   354 Pine Street, Fourth Floor
3  San Francisco, CA 94104
   Telephone:    415.391.7555
4  Fax No.:      415.391.4228

5  Attorneys for Plaintiff
   APLONDA BRIDGEFORTH
6

   PAUL W. CANE, JR., Bar No. 100458
7  PAUL HASTINGS LLP
   55 Second Street, Twenty-Fourth Floor
8  San Francisco, CA  94105
   Telephone:    415.856.7000
9  Fax No.:      415.856.7100

10 NEDA N. DAL CIELO, Bar No. 161982
   LITTLER MENDELSON, P.C.
11 50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
12 Telephone:    408.998.4150
   Fax No.:      408.288.5686
13
   BARBARA A. BLACKBURN, Bar No. 253731
14 LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
15 Sacramento, CA 95814
   Telephone:    916.830.7200
16 Fax No.:      916.561.0828

17 Attorneys for Defendant
   AT&T MOBILITY WIRELESS
18

19                   UNITED STATES DISTRICT COURT

20                   EASTERN DISTRICT OF CALIFORNIA

21 | APLONDA BRIDGEFORTH,                        | Case No.  2:16-cv-01681-JAM-KJN |
22 |                    Plaintiff,               | STIPULATION AND ORDER TO SUBMIT THE CASE TO BINDING ARBITRATION |
23 |         v.                                  | |
24 | AT&T MOBILITY SERVICES LLC and DOES ONE through FIFTY, inclusive, | |
25 |                    Defendants.              | |

Firmwide:144322663.1 088231.1030                    Case No.  2:16-cv-01681-JAM-KJN

STIPULATION AND [PROPOSED] ORDER TO SUBMIT THE CASE TO BINDING ARBITRATION

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

Plaintiff APLONDA BRIDGEFORTH and Defendant AT&T MOBILITY SERVICES LLC, by and through their respective counsel, hereby stipulate to the following:

1. WHEREAS, it is stipulated and agreed by the parties to submit this case to neutral, binding arbitration at JAMS, pursuant to the parties' arbitration agreement which is attached hereto as Exhibit A.

2. WHEREAS, the parties agree that Michael J. Loeb shall serve as Arbitrator in this matter and that JAMS Employment Rules & Procedures shall govern the arbitration, unless the parties agree otherwise.

THEREFORE, the parties request that this Court order that this case be referred to binding contractual arbitration in accordance with the parties' Agreement. The parties also request that the above-captioned action be stayed until the arbitration is completed or the case is dismissed.

Dated: December 6, 2016

/s/
BARBARA A. LAWLESS
THERESE M. LAWLESS
LAWLESS & LAWLESS
Attorneys for Plaintiff
APLONDA BRIDGEFORTH

Dated: December 6, 2016

/s/
PAUL W. CANE, JR.
PAUL HASTINGS LLP
Attorneys for Defendant
AT&T MOBILITY WIRELESS

Dated: December 6, 2016

/s/
NEDA N. DAL CIELO
BARBARA A. BLACKBURN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AT&T MOBILITY WIRELESS

Firmwide:144322663.1 088231.1030    2.
STIPULATION AND [PROPOSED] ORDER TO SUBMIT THE CASE TO BINDING ARBITRATION

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. All pending hearing dates before this court are ordered vacated.

Dated: 12/8/2016                                      /s/ John A. Mendez_____

Honorable John A. Mendez
United States District Court Judge

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

Firmwide:144322663.1 088231.1030                3.

STIPULATION AND [PROPOSED] ORDER TO SUBMIT THE CASE TO BINDING ARBITRATION